# 11 CIV. 2669

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Frank Brett
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

#1. Mr. and Mrs. Falcone and Family - (4 children)
_____
_____
_____
_____
_____
_____
_____

Jury Trial: ☒ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s).  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)*

RECEIVED
APR 13 2011
PRO SE OFFICE

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name    Frank Brett
             Street Address    P.O. Box 2511
             County, City    Philadelphia, Philadelphia
             State & Zip Code    PA: 19147
             Telephone Number    None

B.    List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendant No. 1    Name _Mr. and Mrs. Falcone — Falcone House Mortgage_
                   Street Address _86 West Eagle Rd._
                   County, City _Delaware, Havertown_
                   State & Zip Code _PA. 19083_
                   Telephone Number _____

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Questions          ☒ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Civil Rights Act, 42 U.S.C. 1983_
_____
_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _Pennsylvania_
Defendant(s) state(s) of citizenship _Pennsylvania_
_____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur?  In Pennsylvania, New York, and Florida.

B.    What date and approximate time did the events giving rise to your claim(s) occur?  I have been Slandered in New York, Pennsylvania and Florida for the Last 2 years.

C.    Facts:  Mr. Falcone got my Account Numbers for Sandy Shores Inc, and for Bank of America with Inger SOL of Bank of America than they messed with all my bills, When I found this out Dave Adams Left Fort Lauderdale, Florida for a yearish 7/04 until 7/05.

> What happened to you?

> Who did what?

Mr. Falcone Interfered with Wachovia Bank, Citizens Bank, Sovereign Bank and Commerce Bank with different Religions and their church membership.

> Was anyone else involved?

Richard and Ray Abbott got their friend Ray Amy to threaten me and Sabatage Plumbing in my home at 607 North Middletown Rd. Media, Pa. 19063. I won Judgement of #3,100.00 dollars from Ray Amy. Ray Amy also worked for Falcone and Truman Plumbing on 510 Abbott Drive # F in Broomall Pa. 19008 and they all slandered me with all their employees.

> Who else saw what happened?

Cheryl Brott was a witness.

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  I have been run over by cars Several times and was threatened many times. I was hit by Stacy Johnson on 7/1/10 in Camden N.J. I had a slight muscle torn in Left Shoulder, Sprained Left wrist and a Sprained Left Knee. I am trying to get an MRI on Left Knee. It swells up every night.

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would Like an Injunction From Relief on Dante and his Friend who have slandered me with Their Friends they are stating I am gay and Dying of aids. This is a Lie I never had any communicable disease and am Not Gay. I am slandered by Dave Adams and his whole Family, Lisa Adams and Jim Falcone, Dave's brother and Carl Rucker and firm and The whalers Street Hockey team, Many New York University Police Officers, Mr. Furman and Many New York Teachers, Because Dave adams is a teacher, Lisa Adams slandered me with the nurses, Dave Adams was in with Chuck Dinsmore and Sue Conklin to destroy my Sandy Shores Corporation in Florida with Jeff Leighton and Mike Sheridan attorneys. I am seeking 1 million dollars From the Defendant. I was also slandered by Ray Smith, Mike Smith and Family From Bensalem, Pa. They have slandered me in Fort Lauderdale, Fl. Orlando, Fl. and New York, New Jersey. They all have called me gay and that I am a Paranoid Schitzophrenic this is also a lie. I was also called Forrest Gump.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of April , 20 11 .

Signature of Plaintiff    Frank Brett

Mailing Address    P.O. Box 2511

Phila. Pa. 19147

Telephone Number    None

Fax Number *(if you have one)*

<u>Note:</u>   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners:</u>

I declare under penalty of perjury that on this _____ day of _____, 20 __, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

*Rev. 05/2010*

Mr. Falcone used : To Slander Me and my Company. stating I'm Paranoid Shitzo,

#1. Falcone House Mortgage
86 West Eagle Roi Havertown, Pa. 19083

#2. Falcone + Truman Plumbing
510 ABBott Drive Apt. F, Broomall, Pa. 19008

#3. Mr Falcone at
120 Ivy Rock Lane, Havertown, Pa. 19083

#4. 1951 NW ST. Suite 200
Boca Raton, Florida 33431 – Phone (#561) 961-1000

#5. Dave Adams- Address Unknown.

All Those people Slandered me in Manhatten, New York at The Libraries,
Border Book Store, McDonalds, Burger King, All City Gov't, Private Eyes,
STHp Bar in Manhatten and I have never been there. Bardes and Nobles Book Store,
Wall Greens, Hess Gas Station, Wall Street, Wall marttn, H marttn School District of
Manhatten, NY. Sunoco Gas Station, All City Businesses, TD Bank,
American Eagle Outfitters, Pratt Managers, Armonti Exchange.

Group of Black and White People With
Unknown Group followed me into Barnes and Nobles to harass me with several
Religions On Wendsday 4/13/11 at 1:05 PM. on        Street in Manhatten, New York.
I never whent down Wall Street in Manhatten, NY, on Tuesday 4/12) 11 – when I
Went passed the Top of The Street around 4:30 PM 2 men Lit Cigarettes,
In philadelphia a company called Catch on Oregon Ave, Slander me and harrassed me
City wide in Phila. Pa.

I state Mr. and Mrs. Falcone have committed RICO OFFENSES.
I am a "person damaged in his business and properties. I claim this group is
racketeers.

#1. I have a Tape of Ray Amy threatening me and cursing,
Alexander Reed the electrician was so worried he called the state Police,

#2. Ray amy was involved in Fraud with Richard Abbott, Ray Abbott,
Robert Holmes, Dave Adams, Lisa Adams and Jim Falcone her husband, Todd Morsellan
and Tracy Marsella, Bintry, Ray Abbott Jr. racketeering activity By Richard ABBott, paul and
#3. This is a Pattern of Racketeering because they have done this in 4 States
Margie Marsella and Mr and Mrs Falcone because they have done this in 4 States
and Washington, DC. Since 1999 until the Present day.
and I have been Immediately harrassed and

I got to Manhatten, NY at 2:30 pm, and I have been Immediately harrassed and
My Logistics Shall Proove this,

4/12/11 - Tuesday I Took The chinese Bus Too
Manhatten, NY.
    AT The 42nd and 5th street Library I saw a Cousin
of Neil Mitchell from Haverford High school around 7:30PM.
    I am currently being harrassed by the Phila. streets Department
workers and Lawrence Street, Logistics on Monday 4/4/11 in Phila. Pa.
    I am being harrassed by Frank Catania, Mr. Porter attorney
and Ray Catania in Manhatten, NY, Logistics on Tuesday 4/12/11
is the proof evidence.
    I Was harrassed by Felicia Bruno in 8/10 in Manhatten, NY.
She belongs to the Law Firm David Klein, Peter Villari and Brandes
from Conshohocken, Pa. I had Left a Message on David Kleins phone
about a friend of ours from Haverford High school Dan Sembello looks
Like one of the Blue Men performers. The next day I had 10 Blue Men cabs
follow me in Manhatten, NY. When I got back to Phila. Pa. I went to McDonalds
on Colombus, Ave. in South Phila, Pa. and a Little chinese Boy came over
to me and called out Bruno.
    I am being harrassed By The Calvary Baptist Churches in Northeast,
Maryland, Hannover, Pa. and Calvary Temple in South Phila, Pa. and Calvary on West
57th street 46th Baptist Church in NY. City with The Zion Baptist Church. I have the
Logistics Evidence on Tuesday 4/12/11 in South Phila Pa. A male nurse
named Mr. Gretto had given me a ride to Calvary Baptist Church in 2/11.
It was out of the way and he dropped me off there.
    When I was Run over by Stacy Johnson on 7/1/10 in Camden, NJ.
a Black Nurse went into Chinese restaurant where I had gone to
get the address, the 1st time I passed "The New Beginnings Fellowship Church.
I was slandered by all of these churches and Church of Jesus Christ of
Latter Day Saints in Manhatten, NY. on Columbus Ave.

4/5/11

Ewing, NJ.   Tuesday

Pg. 3 of 8

8:00 AM

Dollar General

(NJ) ZLD-17TT — Black woman   (Colonial Car)

(NJ) ZGM-41H

Frito Lay Potato Chips — (Sun Chips)

(NJ) XP-837 u

(NJ) LUP-33L

Italian Bull

(NJ) 5BC-44E

(NJ) a791

Texas

3:16 pm   (NJ) B73-ALH

11:50 AM

Japanese +

Chinese Cuisine

Wednesday 4/6/11   Ewing, NJ.

Marybel   G340Y — White Car

(PA) HGC-3413

11:30 AM

Thursday 4/7/11   Ewing NJ

LS 2 Beyond Health

LS 4 Capital Health

Monoc - 107

ZGN-65S — Black woman

Ave

(PA) GWF-1358

(NJ) 1221

Ewing Square   Antionettes Beauty Salon

(NJ) XJD 6104

12:06 Noon

McDonald

(PA) YYY-50G

N Carolina MYX-7504

Best For Less Party

PSEG

(NJ) VJJ-28B

12:05 pm

5th St.

Barlow Thug

PJM

(NJ) VAH-85H — Jeep Liberty

Ryder

U 1st Truck

LBA   13th Element   GTL

White woman

5th St   Salem Truck

2:05 pm   (NJ) 4HL-44N

Central Jersey waste

8:16 pm

NOVA Care

(NJ) VUA 54R — White + black Man

Saint

12:30 pm   (NJ) GUV 48R

70 L Tanker

TT3-AHH

(NJ) 1076

(NJ) 1965 10G

(NJ) 30AH

(NJ) VUL 655

Carnivale Tires

Rughio + Sons

14th Dipper Bus

(PA) FSS-4843

Burt Blake Plumbing

V6H-AMY

#38 Dipper Bus

(NJ) 2MH-14H   Dumptruck

Libercort Commercial

(NJ) MYG 10u

Lawrenceville Ambulance 129

Tyson + Hempo Elevator

(N) MFX-706

# 901 Lawrenceville Cops

(N) ZMW-43E

Portolano Electric

Access Limit # 87

(NJ) LFB-L1T

Kevin J. Bratten

Michigan BMA-61TT

McMahon Brothers Truck

(NJ) VRB 68J

12:35 pm

South

12:35 pm

North

(Princeton)   Alt Alexander Rd. → 1/2 th Princeton Rd.

Lott Price on Rt. 1 + alt

Best Price on Rt. 1

White Man — Riverhawk - Luck Oil — Bus Station

He called out — Hamilton Square But Princeton NJ.

PA FGW-3633

(OH) Y43Qu

Monday
4/11/11
S. Phila Pa

2:35 PM
Penrose Park

Phila Housing - 8T287
(PA) HGS-6851
(PA) GYE-9955
(PA) FTC-4424

(PA) HLY-3140

3:00 PM
E Cross
Broad St

Comcast Bus
(PA) EI19028

Gen St
3:03 PM

114 Pinten
(PA) DWH-9186
(PA) PMH-4786
(PA) GVS-0512
942 Phila School Bus

(PA) AN W-4741
Paramedic #27
(PA) YIZZAH
(PA) FCD-2187

Best Tires
(PA) YNG-3576
(PA) YHL-9382

Dickinson

Comcast #515
(PA) HHH-0241
(PA) DMS-5733
(PA) HCB-4763

3rd Street

(PA) FHC-3506
(N) MEV-67U
(PA) GPG-0261

5th & Walnut

(N) VRJ-346 - Pontiac
USMail
(PA) GYA-7478

University of Penn   (PA) E3P-3507

Ellsworth
6:15 PM

(PA) HRM-4666
(PA) GNE-3404
(PA) HGS-4189
50964

IDAHO   IM 61734

Georgia BLM-3162

Front St

(N) -FBE-7131 - Fuccillo - Clay Ivy - Hsa
(PA) FBV-8322 - Infinite - Ewing N.J.

(PA) HLA-9361 - White Man

Virginia 374415

---

Tennessee 7576290 ___ Red Car   ☆

(N) ZAL-91V
PA GLT-9448

1700 S. Columbus Ave -
Club Risque   ★

US Mail # 43   Columbus Ave
(PA) GYA-8131
(PA) FLJ-1000
(N) RFJ-114

Crime Scene Unit
Dist. Tech Truck
(PA) HRY-5445 -
Followed me Passed Show Nrell
I did not go inside.

(PA) HFR-8511
Maryland   25289 - White Dodge
Louisiana   SXV-394 - Orange

Heehm Creations   7:30
(PA) GYR-1086   Front St
1199
(N) VRR-354
(PA) HRY-7171   Oregon Ave

(PA) YIVZ-1314
(PA) ENL-4570
(N) YKR-63J - Orange NB

Bar SHY
(PA) 1-VX-3338
(PA) GMS-6331

Main Line Sweet   201 St
(PA) FHC-3665
(PA) EVA-6328   Front Bush
(PA) HNE-2544
(PA) HNF-2544   Penrose
Sush

Tuesday 4/12/11

(N) RS3P
(N) May 334V

(PA) FXL-9936   26" S.
Mister Rescue Chn
WY W-64U
South Jersey Recycling

3125 Lanvale -
#102 Streets Depr. -   6:30 PM
I Gave Back the 14 7UP Cans   ☆
#102 Streets Dept. Recycling Truck #102
Only does Lanvale. I Put Back the
7 Up Cans



3115 — (as witnessed me put back the 7Up cans
at 6:35 AM,

Saturday
Tuesday
4/12/11

Pg. 5 of 8

7:00 AM

(PA) HGF-5943 · White Cadillac
(PA) VXS-42V · Black windshield

Calvary Fence on Geary St.

(PA) YMX-3218 — CSX Railroad

Penrose Ave
9:20 AM

7:10 AM
20th St

(PA) EHR-9170
(PA) 62T-481

Streets Dept
Air Bus
Waste Management
All State Insulation
PWD
Liberty Cab
Alpha Office
Valley Power Electric
JEB Truck
Blue Dumptruck
Hamco Dumptruck

9:20 AM
26th St
East

White Man
Black Man
Navy Yard

Maryland 431-8326 — Big Truck
(PA) HLW-4760

Puppy
SPC Corporation
white woman
parked Man

Shultz Recycling
(PA) HLT5209 —
(NJ) YSR-19L

2

Shur Trash Truck
Keystone Ambulance
All City Transport
Fed Ex
Swift
Streets Dept
Express

26th St
South
9:10 PM

Ariscol
Ace Truck
KMD Dumptruck
Indiana 342 AMH
Super Value Truck

Jet Now Septa Bus
Whistler
UM truck
Connect Bus

(PA) HPN-3806

Waste managaed Dumptruck

26th St
West

Maryland 0467
(PA) HNR-6619
Catch 107
303 PPE
Catch 162
(NJ) VMW-83E
Newark NJ
(NJ) LOH-14C
JLD-33U
ADT Security
(NJ) SNJ-306 Catch 114 Van
M-8
Catch 112 Van

Adall — Dumptruck
JBS Truck

5 Brandywine Bus
CSX
Waste Management
AR Tanker
SJA - Cement
Burke
U.S. Expex
Bitting Tanker
Lafayette Supply
UPS
Black Fred Dumptruck

26th St
West

white Lady

9:30 AM

(PA) DTC-4595
Dillon Run Foods
(PA) HRY-6617

19th St
(PA) HLT-6335

9:30 AM

Deals
Caliber

8:30 AM (PA) HTE-4624 Black Woman
HML-4759 Black Man

white Man
Black Man

(PA) FVX-2224 Home

20th St
(PA) GYO-1457
(NJ) X9N-224
Catch 111

Truck #093162 Phila Recycler - Black Mack
14 Tup Bus - 1 Cart Bus
Pg. 6 of 8

4/12/11
South Phila, Pa

---

6:30AM
26th St,
East

⭐

Candless
DC3
Black Limo
Primos Tras
Murti (Gray)
Connor Bus
Liberty Cab
Mascaro Truck
Trico Lift
Gold Metal
DCA Metal
Waste Management
PWD
Ryder Truck
Trico Lift
Septa Bus
PWD Tow
DWD
Schneider Truck
CFS Truck

---

4:30 AM
26th St.
West

ITS     Truck — International Transport
Septa
Ambulance
Pasco
weatherization Program
   Waste Management
3 Springfield Buses
2 Rose Tree Media Buses
SJA
   Waste Management
H+D Supply
Fluidics
3 Subatell
Orange Municipal
Land Air Truck
Orange Municipal
2 Walling Ford
JCS Truck
WilMoe
   Waste Manmant
Paragon
Zion Baptist Church Bus
Tow Truck

Budweiser
   Cranbury
   Bayside
Ⓐ HND-3203
MFME

Ⓑ GSS-1355X
Ⓒ GSR-0355

Ⓓ RSSnLH

Ⓔ ELM-0396
Ⓕ HCB-0480
   Catch 103rm

Catch 103 Van
Ⓖ GMX-4234
Construction Services International
Ⓗ GTZ-0247
Ⓘ 09254

RLL
Zion Baptist Church Bus   ★
Ⓙ HPR-2952
Ⓚ HRN-9872
Ⓛ YMJ-3371
Ⓜ HPG-1365

26th St
West
11:15 AM

Penrose
South Ave
11:20 AM

13th St

Broad St
South

1180 - Burglary
1188 - McDonalds
6 AM

5th
Brazil St.

New York Times
Battery

Entry Security
Marcella ~ _____ McDonalds
Crystal ~ Blackmen      Pg. 7 of 8

47th

5:00 AM
4 ST
McDonalds

Poland Springs

Dailey News Truck
★★ Long Island Messenger
Hatins Battery
Wilson Truck
Mobil Wash
Neri's Battery
Sal's Sanitation
Pennske Truck
Teta Truck
J J Truck
2 Daniella Construction
Food Authority
New York Sanitation
The New York Times
Ships Vanguard Trash   European Battery
Tuscan

Sixth Meats
Luca
Triton
Aladdin Battery
Sysco
R & G
Mangia
Teta  Praise
Celtic Building
NY Trash Truck ~ 250E-B36

(NJ) E36-4 ES    ✗
GVW Truck
Action
Subre
Featherstone
(NY) EAS 844 ~ Red Blazer
Liberty
J & J
Neri's Battery
Mouldin
J. Bels
Reaching Best
(NJ) HLu-384

5:30 AM
McDonalds

Sensible Edible Battery
Golden Touch
Isse Blue      Trash Truck
Manhatten Mechanical

Sherland & Farrington
Van, Pickle
Tropicane

6:00 AM

Superior Coffee
Food Jews
Pennsy
Golden Touch
Pauls
Long Island Counter
New York Post
Jim Joanolles & Sons

Chambers Flight

(NJ) FLY-8030

Always Ready
Midhatten Woodworking
French Battery
Secret Garden
Rinder Meyer
Neri's Battery
Cinossom
RL Truck
GRH Truck

Poland Water
Fruit Co
Neri's Battery

46th
West St
6:45 AM

6:10 AM ✗

Bill Harper From 1180
Part Lot Friday

Romco
MLS
Lassie
Sira Beths
Morrison Battery
Long Island Pipe Supply
McMasters Farms
Rogue
(NJ) DPH-0835
Brophy Brothers Fruits

# 800 Bruce Epispid Chua
→ 808 ~ New York Cuisine
800 Psychic Adviser ~ 5th Fl #5
812  Sushi Artist Japan 3rd Fl

Bud Light
City Sid
Cintas

Ivev Enn

EPJ 809
Eagle Scripture
J. Long Chen Laundry
(NJ) WLR-13

Tuesday 5, Pitbulls
and Manhattan, New York

#43 Old Town Door - 31st St
Lionel Pincus Room
(Female Caller with Cell Phone)

11:45 AM
Broad 57/4 St.
3 Latin Men
in Birds
1 Latin Man walking

Megante Truck
Parking Authority #614
(PA) Darlius
1892E
Go. N4   3394A
(PA) FBM-3079
US Mail #36
Crescent Cab 1479
(PA) DSV-54GS

EVM-3223

(N) HDB3E   Ray Caramel
Supersonic Logistics
C Crontails
Signet Staying

(N) T5300 Sec
FJY-76H   T3Q
Total Fire Protection
Time worker - CF163
(N) AVR-9948
(N) ALM-3093
Dunwell Elevator
(N)(N) YH-46J

Prine St.
4/37 PM

South St.
First Whamittle - Eco Frost (N) XM-436

(PA) cop #121
(PA) YTH-0493
Honor Fools

Mass. 148 948
(PA) GVD-7884
Dwyan Cop #117
Eco Butter
(PA) CRV-4752
Victory Cab #8
(N) Z89-344
Septa bus
W.D. Mason
WACO - Truck
(PA) DAZ-5299

Tokyo Cab
(N) FGP-3483
(N) BXN-1390
Tiffany Trash Truck
(N) PCM-6721
ING - Direct
(N) FOD-1272

11:05 PM
Madison
Ave

46 St.

PM Noon
Broad St.
South

Victory Cab
759 Old City Cab
(PA) GTY-3942
(PA) YYE-7529

Public Defender   1441 - Samson St.
1424 Chestnut (PA) GLS - Community Legal Services
Black Man -
White Woman - Red Hair

Artist

Remsha
Andy 1031
Celli
(PA) HFG-3382

(N) DIR-480S   7th St.
Scharf Truck → Tim 473   PW 47
Royal Services   Scheum
(N) FG2-9954   47th St.
Rio Diovenuro 4122 Cab   + 5th
Associated
Titan
Quality Trash
(J) FES-4860
Peeps + Company
PGA Security
(N) EWM-4784

3 #   Manhattan, New York
2/25pm   Flora's Truckis → 3
1 Klein truck
in Broadway   Just 4 Wheels

Milan Cab

2:40pm   Jerac Foods
(PA) EWT-7444

Willow Run Foods
(N) UJS-73E

2:00 AM
43rd
+ 5th

Klein sent
A Russo
Academy Bus
3730 Access   Ride

(N) FFV-7577 - Tequize - MercedKey
(N) FFZ-7649 - Mercedo
→ 2 Royal waste Trash Trucks
(N) ASL-6489 - tBug - Volkswag

Jr Kings
UPS + by Mac Donu